UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEFF STIEWIG and DENISE STIEWIG | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CAUSE NO. 5:21-CV-00272-FB |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY | § | |
| *Defendant*. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Plaintiffs Jeff Stiewig and Denise Stiewig and Defendant Allstate Vehicle and Property Insurance Company respectfully give notice to the Court that the parties have settled this matter. The parties will exchange settlement paperwork and proposed dismissal documents will be forthcoming.

Respectfully submitted,

**VALDEZ & TREVIÑO, ATTORNEYS AT LAW, P.C.**
Callaghan Tower
8023 Vantage Drive, Suite 700
San Antonio, Texas 78230
Telephone: (210) 598-8686
Facsimile:  (210) 598-8797

 */s/ Joseph E. Cuellar*
**Robert E. Valdez**
State Bar No. 20428100
revaldez@valdeztrevino.com
**Joseph E. Cuellar**
State Bar No. 24082879
jcuellar@valdeztrevino.com
*Counsel for Defendant*

**AND**

{00755893}

*/s/ John Hilary Barkley*
**John Hilary Barkley**
State Bar No. 24117384
john@barkleylawgroup.com
336 North Main Street, Suite 206
Conroe, Texas 77301
Telephone: (619) 888-3484
Facsimile: (619) 924-6886
***Counsel for Plaintiffs Jeff Stiewig and Denise Stiewig***

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing instrument was served on the following counsel this 19th day of January 2022, pursuant to Rule 5 of the Federal Rules of Civil Procedure, via electronic service and certified mail, return receipt requested:

John Hilary Barkley
336 North Main Street, Suite 206
San Antonio, Texas 77301
*Counsel for Plaintiffs*

      */s/ Joseph E. Cuellar*
      **Joseph E. Cuellar**